**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

FREDERICK BERNARD MOORE                                                                                     PLAINTIFF

v.                                              3:20-cv-00109-JM-JJV

BRENT COX, Administrator,
Greene County Detention Facility, *et al.*                                                                  DEFENDANTS

**ORDER**

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff may proceed with his § 1983 inadequate medical care claim against Defendants Burckett, Hopkins, Hillard, Roberts, and Does.

2. Plaintiff's claims against Defendants Cox, Critttenden, Carter, Trowbridge, Jhonson, Huggins, Glenn, Higgins, Franks, and Harris are DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief may be granted and these Defendants are DISMISSED WITHOUT PREJUDICE as parties to this lawsuit.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 4th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE