**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

FREDERICK BERNARD MOORE                                              PLAINTIFF

v.                                         3:20-cv-00109-JM-JJV

BRENT COX, Administrator,
Greene County Detention Facility; *et al.*                          DEFENDANTS

**<u>ORDER</u>**

Plaintiff has filed a Motion for Service whereby he identifies the Doe Defendants in this matter.   (Doc. No. 27.)   Accordingly, Plaintiff's Motion is GRANTED.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to add as Defendants 1) Dr. Tilly, 2) Ms. Young, and 3) Sylvia Scott, all employees of Turn Key Health;

2.      Prepare a summons for Defendants Alexandra G. Ah Loy, General Counsel, Turn Key Health Clinics, LLC, 19 NE 50th Street, Oklahoma City, OK 73105; and

3.      The U.S. Marshal is directed to serve the summons, Amended Complaint (Doc. No. 20) and Addendum (Doc. No. 22), and a copy of this Order without prepayment of fees and costs or security, therefore.

DATED this 10th day of August 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1