**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

FREDERICK BERNARD MOORE                                                              PLAINTIFF

v.                                            3:20-cv-00109-JM-JJV

BRENT COX, Administrator,
Greene County Detention Facility; *et al.*                                           DEFENDANTS

## ORDER

Counsel for Turn Key Health Clinics, LLC, has filed a Notice explaining she cannot accept service for Nurse Hopkins because the company has no record of employing any such person. (Doc. No. 31.)  It is Plaintiff's responsibility to properly identify each Defendant and provide a valid service address for each of them.  *See Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993). I will give Plaintiff a final thirty (30) days to file a Motion for Service containing that information for the person he previously identified as Nurse Hopkins.  If he does not timely do so, I will recommend Nurse Hopkins be dismissed as a Defendant in this action.  *See* Fed. R. Civ. P. 4(m) (a trial court may dismiss defendants who have not been served within 90 days of filing the complaint).

IT IS, THEREFORE, ORDERED that Plaintiff must file, **within thirty (30) days of the entry of this Order,** a Motion for Service containing the correct identity of Nurse Hopkins and his or her service address.

DATED this 14th day of August 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE