IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FREDERICK BERNARD MOORE                                                                   PLAINTIFF

v.                                              3:20-cv-00109-JM-JJV

BRENT COX, Administrator,
Greene County Detention Facility, *et al.*                                              DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1.      The Motions to Dismiss filed by Defendants Burkett and Tilley (Doc. 34, 42) are DENIED.

2.      The Motions to Dismiss filed by Defendants Hillard, Roberts, Young, and Scott (Docs. 36, 38, 40, 44) are GRANTED, and they are DISMISSED without prejudice as parties to this lawsuit.

3.      It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 9th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE