IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FREDERICK BERNARD MOORE                                                                    PLAINTIFF

v.                                      3:20-cv-00109-JM-JJV

BRENT COX, Administrator,
Greene County Detention Facility, *et al.*                                                 DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections.[1] After conducting a *de novo* review, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendant Nurse Hopkins is DISMISSED WITHOUT PREJUDICE as a party to this lawsuit due to a lack of service.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 18th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE

---

1 If Plaintiff is able to properly identify "Nurse Hopkins" following discovery, the Plaintiff may file a motion for leave to file an amended complaint to properly name this defendant.