IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FREDERICK BERNARD MOORE                                                         PLAINTIFF

v.                                   3:20-cv-00109-JM-JJV

BRENT COX, Administrator,
Greene County Detention Facility, *et al.*                                      DEFENDANTS

# ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion to Dismiss for Lack of Prosecution (Doc. 118) is GRANTED, and Plaintiff's claims against Defendants Burkett and Tilley are DISMISSED WITHOUT PREJUDICE.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 18th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE