# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

FREDERICK BERNARD MOORE                                                                      PLAINTIFF

v.                                    3:20-cv-00109-JM-JJV

BRENT COX, Administrator,
Greene County Detention Facility, *et al.*                                                   DEFENDANTS

## JUDGMENT

Consistent with today's Order and the Orders of dismissal previously entered in this case (Docs. 25, 59, 66), Plaintiff's claims are DISMISSED, and this case is CLOSED.  It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

Dated this 18th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE