**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

FREDERICK BERNARD MOORE                                        PLAINTIFF


v.                                        3:20-cv-00109-JM-JJV


BRENT COX, Administrator,
Greene County Detention Facility, *et al.*                    DEFENDANTS

## ORDER

     United States Magistrate Judge Joe J. Volpe prepared and submitted to this Court a

Recommended Disposition in this case, docket # 142 addressing the Defendants' Motion for

Summary Judgment, docket # 139.   Plaintiff has now filed a response to the pending motion for

summary judgment, docket # 145.   In light of the response, the Court declines to adopt the

Recommended Disposition.   The case and the motion for summary judgment, docket #139 are

referred back to Judge Volpe for consideration in light of Plaintiff's response.

     IT IS SO ORDERED this 26th day of October, 2022.

_____
James M. Moody, Jr.
United States District Judge