# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

FREDERICK BERNARD MOORE,
Reg. #26724-009                                                                                          PLAINTIFF

v.                                              3:20-cv-00109-JM

BRENT COX, Administrator,
Greene County Detention Facility, *et al.*                                                               DEFENDANTS

## ORDER

The Court has reviewed the Revised Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Revised Recommendation in its entirety as its findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. 139) is GRANTED, Plaintiff's inadequate medical care claims against Defendants Dr. Tilley and Nurse Burkett are DISMISSED with prejudice, and this case is CLOSED.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 21st day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE