IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FREDERICK BERNARD MOORE,
Reg. #26724-009                                                                                           PLAINTIFF

v.                                         3:20-cv-00109-JM

BRENT COX, Administrator,
Greene County Detention Facility, *et al.*                                            DEFENDANTS

## JUDGMENT

Consistent with Orders of dismissal entered today and previously (Docs. 25, 59, 66), Plaintiff's claims are DISMISSED, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 21st day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE